**UNITED STATES BANKRUPTCY COURT**

**Central District of Illinois**

In re: Case No. _____

**VILLAGE OF ALORTON**

37-6001955 Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

    The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **1/7/2005**

Signed: **s/ Carolyn Williams**

**Carolyn Williams, Pres. of the Village Board of Trustees**

Signed: **/s/ Stephen R. Clark**

**Stephen R. Clark**

Bar No. **00453439**

# United States Bankruptcy Court

## Central District of Illinois

In re:                                                                                                              Case No. _____

                                                                                                                    Chapter    **11**

**VILLAGE OF ALORTON**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the  of **VILLAGE OF ALORTON,** a  Corporation and that on  the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Carolyn Williams**, **Pres. of the Village Board of Trustees** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Carolyn Williams**, **Pres. of the Village Board of Trustees** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Carolyn Williams**, **Pres. of the Village Board of Trustees** of this Corporation, is authorized and directed to employ **Stephen R. Clark**, attorney and the law firm of **Courtney, Clark & Assoc., P.C.** to represent the Corporation in such bankruptcy case."

Executed on:   **1/7/2005**                                                Signed:   **s/ Carolyn Williams**

Official Form 6 - Cont .
(12/03)

In re: **VILLAGE OF ALORTON**                                    ,    Case No. _____
             **Debtor**                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Pres. of the Village Board of Trustees** of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**15**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date   **1/7/2005**                    Signature:   **s/ Carolyn Williams**
                                                    **Carolyn Williams Pres. of the Village Board of Trustees**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.