UNITED STATES BANKRUPTCY COURT

Central District of Illinois

In re:                                                                                      Case No. **05-30055**

**VILLAGE OF ALORTON**

---------37-6001955---------                                                                          Chapter **9**

# AMENDED - VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 3 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 1/7/2005

Signed: s/ Carolyn Williams

Carolyn Williams, Pres. of the Village Board of Trustees

Signed: /s/ Stephen R. Clark

Stephen R. Clark

Bar No.        00453439

# United States Bankruptcy Court

## Central District of Illinois

In re:                                                                                              Case No.    05-30055
                                                                                                    Chapter     9

**VILLAGE OF ALORTON**

# AMENDED - STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the  of **VILLAGE OF ALORTON**, a   Corporation and that on  the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 9 of Title 9 of the United States Code;

Be It Therefore Resolved, that **Carolyn Williams, Pres. of the Village Board of Trustees** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 9 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Carolyn Williams, Pres. of the Village Board of Trustees** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Carolyn Williams, Pres. of the Village Board of Trustees** of this Corporation, is authorized and directed to employ **Stephen R. Clark**, attorney and the law firm of **Courtney, Clark & Assoc., P.C.** to represent the Corporation in such bankruptcy case."

Executed on:   **1/7/2005**                                                              Signed:   **s/ Carolyn Williams**