Official Form 4
11/92

# United States Bankruptcy Court
## Southern District of Illinois

In re **VILLAGE OF ALORTON**                              Case No. _____

Debtor                                                    Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or deptartment of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Illinois Department of Transportation** 1102 East Port Plaza Drive Collinsville, IL 62234 | **Illinois Department of Transportation** 1102 East Port Plaza Drive Collinsville, IL 62234 | | | **$145,000.00** |
| **St. Clair County Emergency Services** North 5th & West F Street Belleville, IL 62220 | **St. Clair County Emergency Services** North 5th & West F Street Belleville, IL 62220 | | | **$100,000.00** |
| **St. Clair County Sheriff's Department** 700 North 5th Street Belleville, IL 62220 | **St. Clair County Sheriff's Department** 700 North 5th Street Belleville, IL 62220 | | | **$60,000.00** |
| **Ameren UE** P.O. Box 66301 St. Louis, MO 63166 | **Ameren UE** P.O. Box 66301 St. Louis, MO 63166 | | | **$50,000.00** |
| **Case Creditor Corporation** P.O. Box 1083 Evansville, IN 47706 | **Case Creditor Corporation** P.O. Box 1083 Evansville, IN 47706 | | | **$7,000.00** |

Official Form 4
11/92

In re **VILLAGE OF ALORTON**                                              ,   Case No. _____
                                    Debtor
                                                                              Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or deptartment of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Touchette Regional Hospital**<br>**5900 Bond Ave**<br>**Centreville, IL  62207** | **Touchette Regional Hospital**<br>**5900 Bond Ave**<br>**Centreville, IL  62207** | | | **$5,500.00** |
| **IL Dept. of Employment Secuirty**<br>**33 South State Street**<br>**Chicago, IL  60601** | **IL Dept. of Employment Secuirty**<br>**33 South State Street**<br>**Chicago, IL  60601** | | | **$5,000.00** |
| **M. Thompson & Company PC**<br>**9A Professional Park Drive**<br>**Maryville, IL 62062** | **M. Thompson & Company PC**<br>**9A Professional Park Drive**<br>**Maryville, IL 62062** | | | **$4,500.00** |
| **Memorial Hospital**<br>**4500 Memorial Drive**<br>**Belleville, IL  62226** | **Memorial Hospital**<br>**4500 Memorial Drive**<br>**Belleville, IL  62226** | | | **$3,500.00** |
| **Office Depot**<br>**2200 Old German Town Road**<br>**Delray Beach, FL  33445** | **Office Depot**<br>**2200 Old German Town Road**<br>**Delray Beach, FL  33445** | | | **$3,500.00** |
| **Global Emergency Vehicles**<br>**1090A Carolina Drive**<br>**West Chicago, IL 60185** | **Global Emergency Vehicles**<br>**1090A Carolina Drive**<br>**West Chicago, IL 60185** | | | **$3,500.00** |

Official Form 4
11/92

In re **VILLAGE OF ALORTON** , Case No. _____

Debtor

Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or deptartment of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Thouvenot, Wade & Moerchen** 4940 Old Collinsville Road Swansea, IL 62226 | **Thouvenot, Wade & Moerchen** 4940 Old Collinsville Road Swansea, IL 62226 | | | $3,000.00 |
| **Home Depot Credit Service** P.O. Box 6029 Las Vegas, NV 88901 | **Home Depot Credit Service** P.O. Box 6029 Las Vegas, NV 88901 | | | $2,500.00 |
| **American Bottoms** One American Bottoms Road Sauget, IL 62207 | **American Bottoms** One American Bottoms Road Sauget, IL 62207 | | | $2,000.00 |
| **Onyx Waste Service** 2011 Mall St. - Suite B Collinsville, IL 62234 | **Onyx Waste Service** 2011 Mall St. - Suite B Collinsville, IL 62234 | | | $2,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Carolyn Williams, Pres. of the Village Board of Trustees of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **1/24/2005**               Signature: **/s/ Carolyn Williams**

**Carolyn Williams ,Pres. of the Village Board of Trustees**
(Print Name and Title)