**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS**

IN RE:                                    In Proceedings

THE VILLAGE OF ALORTON          Under Chapter 9

                     Debtor(s).          BK Cause No. 05-30055

Tax I.D. #37-6001955

## Motion to Re-Open Bankruptcy

## Pursuant to 11 U.S.C.A. § 350

Now comes Larkin Holman, Independent Administrator of the Estate of Taymond Freeman, by his attorneys, Ripplinger & Zimmer, LLC, and for his Motion to Re-Open Bankruptcy, says:

1.      This Court has the authority to re-open a bankruptcy under the authority of 11 USCA 350(b) and 11 USCA 901(a) to administer assets and to accord relief to the debtor or for other cause.

2.      This Court has the power to issue any order to carry out the purposes of the bankruptcy act and to enforce or implement its orders. 11 USCA 105(a).

3.      Taymond Freeman was the largest creditor of the Debtor, having taken a judgment against Thomas McGowan on March 23, 2005 in the amount of $ 978,874.40 which judgment resulted from the conduct of Thomas McGowan as a Village of Alorton policeman on May 31, 1999. McGowan was entitled to indemnity from the Village of Alorton for the claim of Taymond Freeman pursuant to 65 ILCS 5.

1

4.      As the largest creditor, Taymond Freeman could object to the bankruptcy and stop it from going forward.

5.      Debtor, through its attorney, made an agreement to obtain Taymond Freeman's consent to the Debtor's Plan of Adjustment.

      a.      Taymond Freeman agreed to consent to the Debtor's Amended Plan of Adjustment.

      b.      Debtor listed Taymond Freeman as a Class 7 Claim in Article 3 of its Amended Plan.

      c.      Under Article 5, section 5.06, the Debtors Plan provided that "...The creditor (Taymond Freeman) will receive $600,000.00 of his entire claim, to be paid in monthly installments of $2,500.00 for a period of twenty (20) years, first payment to be made on the 61st month (5 years) following the date of confirmation of the Plan, then $2,500.00 each month thereafter for the remaining twenty (20) years."

6.      The Plan was confirmed on December 14, 2006.

7.      An order was entered on December 14, 2006 closing this case.

8.      The first payment under the Plan to Taymond Freeman was due to be paid on January 14, 2011.

9      As of June 14, 2013, Debtor should have paid a total amount of $75,000.00 to Taymond Freeman through his attorney, George Ripplinger.

10.    To date, Debtor has paid Taymond Freeman five payments totaling $4,166.65.

11.    Taymond Freeman was murdered on March 12, 2009.

12.    A Petition to Open an Intestate Estate was filed in the Circuit Court of St. Clair County Illinois as Cause No. 12-P-303 and Freeman's father, Larkin Holmon was appointed Independent Administrator. A copy of the letters of administration is attached hereto as Exhibit A.

13.    Further complicating the payment of this claim, the Circuit Court of the 20th Judicial Circuit, St. Clair County Illinois, in a cause entitled *Stacey Goodlow v. Taymond Freeman*, no. 06-L-531 in a citation to discover assets issued to Debtor, ordered Debtor on July 23, 2007 to pay the funds this Court approved and ordered paid to Freeman to be paid to Goodlow. A copy of that order is attached hereto as Exhibit B.

14.    Freeman filed a Motion to Vacate the Default Judgment entered in 06-L-531, on October 2, 2008. A copy is attached as Exhibit C.

15.    On January 14, 2009 an Order was entered in 06-L-531 in response to Freeman's Motion to Vacate denying the motion to vacate and debtor was ordered to pay $400,000.00 to Goodlow and $200,000.00 to Ripplinger & Zimmer as their attorneys fees in Freeman v. McGowan. A copy of that order is attached hereto as Exhibit D.

16.    Neither the Court nor the Clerk of the Court of St. Clair County sent counsel for Freeman a copy of the January 14, 2009 order until after the time to appeal expired.

17.    A state court has no jurisdiction to modify an order or judgment of this Court.

Wherefore, Larkin Holman, Independent Administrator of the Estate of Taymond Freeman, moves for an order of this Court re-opening this bankruptcy so that the orders of this Court may be enforced or that the discharge in bankruptcy of the Village of Alorton may be vacated and dismissed.

/s/George R. Ripplinger #4181
Attorney for Larkin Holman,
Independent Administrator of the
Estate of Taymond Freeman
Ripplinger & Zimmer, LLC
2215 West Main St.
Belleville, IL 62226
618-234-2440
Fax 618-234-6728
george@ripplingerlaw.com.

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically to all parties in the above-captioned matter at the electronic address as disclosed with the Court or by enclosing the same in an envelope addressed to such parties at the address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Postal Service mailbox in Belleville, Illinois on this 9th day of July, 2013.

/s/ George R. Ripplinger

| | |
|---|---|
| Mark Skaggs<br>US Trustee Office<br>401 Main St Ste 1100<br>Peoria IL 61602 | Robert J Sprague<br>Attorney for Village of Alorton<br>26 E Washington St<br>Belleville IL 62220-2101 |
| Jason R Caraway<br>Kolker Law Offices, P.C.<br>9423 W Main St<br>Belleville IL 62223-1712 | Stephen R Clark<br>Courtney, Clark & Mejias, P.C.<br>104 S Charles St<br>Belleville IL 62220-2212 |
| Ameren UE<br>Bankruptcy Desk-Code 310<br>PO Box 6681<br>St Louis, MO 63166 | American Bottoms<br>1 American Bottoms Rd<br>Sauget IL 62207 |
| Brian Phillips<br>c/o B Jay Dowling, Esq<br>6 Canty Lane<br>Fairview Heights IL 62208 | Gregory Jonas<br>c/o Mark Scoggins, Esq<br>121 W Legion Ave<br>PO Box 167<br>Columbia IL 62236 |
| Case Creditor Corp<br>PO Box 1083<br>Evansville IN 47706 | Commonfields Water Dist<br>2525 Mousette Ln<br>E St Louis IL 62206 |
| Global Emergency Vehicles<br>1090A Carolina Dr<br>West Chicago IL 60185 | Home Depot Credit Service<br>PO Box 6029<br>Las Vegas NV 88901 |
| Ike Wilson<br>c/o John Boshardy<br>1610 S 6th St<br>Springfield IL 62703 | IL Dept of Empl Security<br>Bankruptcy 10th Fl<br>33 South State St<br>Chicago IL 60601 |
| IL Dept of Transportation<br>1102 E Port Plaza Dr<br>Collinsville IL 62234 | James Thomas, Jr<br>c/o Mark Scoggins, Esq<br>121 W Legion Ave<br>PO Box 167<br>Columbia IL 62236 |
| Jessie Liddell<br>c/o Jason Rush<br>211 N Broadway Ste 1600<br>St Louis MO 63102 | M Thompson & Co PC<br>9A Professional Park Dr<br>Maryville IL 62062 |
| Memorial Hospital<br>4500 Memorial Dr<br>Belleville IL 62226 | Office Depot<br>2200 Old German Town Rd<br>Delray Beach FL 33445 |
| Onyx Waste Service<br>2011 Mall St Ste B<br>Collinsville IL 62234 | St Clair County Disp 911<br>10 Public Square<br>Belleville IL 62220 |

5

St Clair Cty Emergency Service
North 5th & West F
Belleville IL 62220
Thomas Howard
c/o Mark Scoggins, Esq
121 W Legion Ave
PO Box 167
Columbia IL 62236

Thouvenot, Wade & Moerchen
4940 Old Collinsville Rd
Swansea IL 62226

St Clair Cty Sheriff's Dept
70 North 5th St
Belleville, IL 62220

Thomas McGowan
436 N 39th St
Belleville IL 62226

Touchette Reg Hospital
5900 Bond Ave
Centreville IL 62207