IN THE CIRCUIT OF THE 20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

## L E T T E R S   O F   O F F I C E

RE:  TAYMOND FREEMAN, DECEASED

12-P-303

On:  JUNE 18, 2012, LOF – Independent Administrator of the Estate

were issued to:  LARKIN HOLMON
                6108 CHURCH RD
                CENTREVILLE IL  62207

for:  TAYMOND FREEMAN

who died:  MARCH 12, 2009

and is authorized to take possession of and collect the estate of the decedent, and to do all acts required of him by law.

Witness,_____JUNE 18, 2012_____

_____KAHALAH DIXON_____

By:  Debbie Roedersheimer, Deputy

## CERTIFICATE

I certify that this is a copy of the Letters of Office now in force in this estate.

Witness,_____JUNE 18, 2012_____

_____KAHALAH DIXON_____

By:  Debbie Roedersheimer, Deputy